IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA



FILED
IN THIS OFFICE
MAR 2 5 2026
Clerk U.S. ... Court
Greensboro, NC
BY

| | | |
|---|---|---|
| DAVID MANNO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:23-CV-37 |
| | ) | |
| RANDY SCOTT,[1] | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

This matter is before the Court on a motion for summary judgment filed by the Defendant. (Dkts. 31, 32). The Plaintiff filed an opposition to the motion. (Dkt. 43). On February 23, 2026, the United States Magistrate Judge filed an Opinion and Recommendation ("Recommendation") in this case, recommending that the Court grant Defendant's motion for summary judgment. (Dkt. 45). The Clerk's office served notice on the parties (Dkt. 46.), and no objections were filed within the requisite time limits. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Therefore, the Court need not make a *de novo* determination, *see* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3), and "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the

---

[1] For the reasons specified in footnote 1 of the United States Magistrate Judge's Opinion and Recommendation (Dkt. 45), the Order and Judgment filed contemporaneously with it will refer to the Defendant as Randy Scott, rather than Keith Scott.

recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment). After due consideration, the Magistrate Judge's Recommendation is hereby adopted in full.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation (Dkt. 45) is **ADOPTED. IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment (Dkt. 31) is **GRANTED.** A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 26th day of March, 2026.

LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE

- 2 -